# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA**
**ex rel. NANCY SANDER, et al.,**

    **Plaintiffs,**

**v.**                                          Case No.  8:06-cv-2302-T-30TBM

**DEGC ENTERPRISES (US) INC., et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon the Relators' Notice of Voluntary dismissal of Action Pursuant to Rule 41(a)(1)(i).

Upon review and consideration, it is ORDERED AND ADJUDGED that:

1. The Relator's Amended Complaint is **DISMISSED without prejudice.**

2. All pending motions are denied as moot.  The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on December 19, 2008.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2006\06-cv-2302.dismissal.frm